**James T. WASSELL and Joy A. Wassell, Petitioners,**

v.

**COLORADO REAL ESTATE COMMISSION, Respondent.**

**No. 89SC95.**

Supreme Court of Colorado, En Banc.

March 22, 1990.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the written and Oral Arguments of Counsel, and the Court being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari is DENIED, as having been improvidently granted.

Justice ROVIRA dissents.